# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-
FEB 13 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

TAYLOR STEVEN ROYSE,

[You are the PLAINTIFF, print your full name on this line.]

v.

GOOGLE COMPANY - GOOGLE SUPPORT - CORPERATION SERVICE COMPANY

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV61

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] GOOGLE COMPANY | 2710 GATEWAY OAKS DRIVE, SUITE 150N SACRAMENTO, CA 95833 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing?  1

2. What is your address?  1105 DELAWARE AVE APT E FORTWAYNE IN 46805

3. What is your telephone number: (260) 435 9765

4. Have you ever sued anyone for these exact same claims?
    ○ No.
    ☒ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT**: Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ON SEPTEMBER 19TH, 2022, MONDAY, GOOGLE FAILED TO PROTECT MY YOUTUBE ACCOUNT FROM UNAUTHORIZED USE. CHANNEL TAKEN DOWN WITH VIDEOS ON IT. HAVE PROOF I DID NOT DO THIS TO MY CHANNEL AS I AM ONLY HUMAN END USER TO HAVE ACCESS TO CHANNEL AT THE TIME OF EVENT. CHANNEL SINCE RESTORED WITHOUT PERSONALIZED ARTWORK RETURNED TO CHANNEL.

2. I WANT TO CHARGE DEFENDANT WITH 166 COUNTS OF THEFT OF PERSONALIZED ARTWORK, ONE FOR EACH VIDEO ON CHANNEL AT TIME OF EVENT. I WANT TO CHARGE DEFENDANT WITH 166 COUNTS OF INFRINGING ON CONSTITUTIONAL RIGHTS, ONE FOR EACH VIDEO NOT RESTORED TO CHANNEL SO FAR TO DATE.

3. WITHOUT RETURN OF ORIGINAL VIDEOS WITH DATES PREMIRED, VIDEOS HAVE LESS MERIT, AND HINDER MY VOLUNTEER TO PROFESSIONAL GROWTH IN SPECIFIC TELEVISION INDUSTRIES INCLUDING BUT NOT LIMITED TO MY RESUME.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

○ No.

☒ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

PAY IN MONETARY DAMAGES PREFFERED OR RETURN PROPERTY, UP TO ONE MILLION DOLLARS PER CHARGE FOR MONETARY DAMAGES, WILLING TO SETTLE CASE OUT OF COURT.

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

TJR   I will keep a copy of this complaint for my records.
TJR   I will promptly notify the court of any change of address.
TJR   I declare **under penalty of perjury** that the statements in this complaint are true.

_____   02-13-2023
Signature                     Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]