AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

TAYLOR STEVEN ROYSE;
        Plaintiff(s)
    v.  **Civil Action No.**  1:23cv61

GOOGLE COMPANY -*Google Support-Corporation Service Company*;
        Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of ____% plus post-judgment interest at the rate of ____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is hereby DISMISSED WITH PREJUDICE. Judgment is entered in favor of the Defendant Google Company and against the Plaintiff Taylor Steven Royse.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Holly A. Brady on a Motion to Dismiss.

DATE: 7/21/2023    CHANDA J. BERTA, CLERK OF COURT

        by   S/ J. Darrah
        *Signature of Clerk or Deputy Clerk*